Lester J. Burke, Appellant, v. City of Batavia, Respondent.— Motion for leave to appeal to Court of Appeals denied. (See *Seif* v. *City of Long Beach*, 286 N. Y. 382; *Lutzken* v. *City of Rochester*, 7 A D 2d 498; 57 N. Y. Jur., Suretyship and Guaranty, § 273.) Present — Witmer, J. P., Cardamone, Simons, Goldman and Del Vecchio, JJ.